In the Matter of the Claim of CHARLES L. JACOBI, Respondent, against SUPREME JUNIOR COAT CO., INC., et al., Respondents, and JACOB SAMUELSON & COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*Frank L. Ward* for appellants.

*William B. Davis* and *E. C. Sherwood* for Supreme Junior Coat Co., Inc., et al., respondents.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.